**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GREGORY FESTE, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:18-cv-00094-LY |
| | § | |
| WELLS FARGO BANK, N.A.; EXPERIAN | § | |
| INFORMATION SOLUTIONS, INC.; | § | |
| EQUIFAX, INC.; and TRANS UNION, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF FILING OF STATE COURT PLEADINGS**

COMES NOW, Trans Union LLC, Defendant and removing party, and hereby supplements the record in this case by filing a true and correct copy of the docket sheet and all pleadings from the Travis County state court action, attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ Danielle M. Evans*
_____
**DANIELLE M. EVANS**
Texas Bar No. 24095319
**STRASBURGER & PRICE, LLP**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
Telephone: (469) 287-3928
Facsimile: (469) 227-6554
danielle.evans@strasburger.com
**COUNSEL FOR TRANS UNION LLC**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, and served a true and correct copy upon counsel listed below via electronic and U.S. first class mail:

**Adam M. Swartz**
**Marc J. Traynor**
The Swartz Law Firm, PLLC
PO Box 12683
Dallas, TX 75230
(972) 800-4517
(972) 957-2794 Fax
adam@theswartzlawfirm.com
marc@theswartzlawfirm.com
*Counsel for Plaintiff*

**Kendall W. Carter**
King & Spalding LLP - Atlanta
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404-572-2495
404-572-5138 Fax
kcarter@kslaw.com
*Counsel for Defendant Equifax*

**Rebecca Wenicke Anthony**
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
ranthony@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

**B. David L. Foster**
**Daniel Durell**
Locke Lord LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
dfoster@lockelord.com
daniel.durell@lockelord.com

**Robert T. Mowrey**
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
rmowrey@lockelord.com
*Counsel for Wells Fargo, N.A.*

*/s/ Danielle M. Evans*
**DANIELLE M. EVANS**

# EXHIBIT 1

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS  78714-9325

TIME:  12:11:10 PM
DATE:  Feb 6, 2018
PAGE:  1

C-1-CV-18-000042                          **FESTE vs WELLS FARGO ET AL**
PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW #1        STATUS:  PE   CV PENDING
FILING DATE: 01-02-2018                          CASE TYPE:  COT  CV OTHER - CIVIL
DATE CASE ENTERED: 01-03-2018
EVENT CATEGORY:
PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 01-02-2018 | PL 1 | ASM:CV CIVIL FILING FEE<br>THE SWARTZ LAW | | $272.00 |
| 01-02-2018 | PL 1 | ASM:CV ISSUANCE FEE<br>THE SWARTZ LAW | | $16.00 |
| 01-02-2018 | | OPN:CV ORIGINAL PETITION | | |
| 01-03-2018 | PL 1 | PMT:CV CIVIL FILING FEE<br>Received Of:  THE SWARTZ LAW<br>Memo:  21564902 | F  52569 | $-272.00 |
| 01-03-2018 | PL 1 | PMT:CV ISSUANCE FEE<br>Received Of:  THE SWARTZ LAW<br>Memo:  21564902 | F  52569 | $-16.00 |
| 01-04-2018 | DF 1 | ISS:CV SEC OF STATE CITATION | | |
| 01-04-2018 | DF 2 | ISS:CV CITATION | | |
| 01-04-2018 | DF 3 | ISS:CV CITATION | | |
| 01-04-2018 | DF 4 | ISS:CV CITATION | | |
| 01-04-2018 | | ISS:CV FILE COPY OF CITATION | | |
| 01-04-2018 | | ISS:CV FILE COPY OF CITATION | | |
| 01-04-2018 | | ISS:CV FILE COPY OF CITATION | | |
| 01-04-2018 | | ISS:CV FILE COPY OF CITATION | | |
| 01-08-2018 | | MSC:CV CALL TO COUNSEL LESS 15 | | |

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS  78714-9325

TIME:   12:11:10 PM
DATE:  Feb 6, 2018
PAGE:  2

C-1-CV-18-000042

**FESTE vs WELLS FARGO ET AL**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW #1          STATUS:  PE   CV PENDING
FILING DATE: 01-02-2018                            CASE TYPE:  COT   CV OTHER - CIVIL
DATE CASE ENTERED: 01-03-2018
EVENT CATEGORY:
PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | SWARTZ LAW FIRM ASKED FOR EXPERIAN & WELLS FARGO CITATIONS TO BE MAILED BACK TO OFFICE IN DALLAS AND THE REST WILL BE PICKED UP BY A PROCESS SERVER AD | | |
| 01-16-2018 | | PLD:CV AFFIDAVIT OF SERVICE | | |
| 01-31-2018 | DF 1 | PLD:CV ANSWER | | |
| 02-02-2018 | PL 1 | ASM:CV COPY FEE CLERK MAKES FESTE GREGORY S | | $2.00 |
| 02-02-2018 | PL 1 | PMT:CV COPY FEE CLERK MAKES Received Of:  FESTE GREGORY S Memo: | C  122532 | $-2.00 |

Filed: 1/31/2018 2:52 PM
Dana DeBeauvoir
Travis County Clerk
C-1-CV-18-000042
Andrea Scott

CAUSE NO. C-1-CV-18-000042

| | | |
|---|---|---|
| GREGORY FESTE, SR., | § | IN THE COUNTY COURT |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A., | § | AT LAW NO. 1 |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., EQUIFAX, INC., | § | |
| and TRANS UNION, LLC, | § | |
| *Defendants*. | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") files this Original Answer to the Original Petition (the "Petition") filed by Plaintiff Gregory Feste, Sr. ("Plaintiff"), and respectfully shows the Court as follows:

### I.    GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Wells Fargo generally denies each and every, all and singular, the allegations set forth in the Petition and demands strict proof thereof.

### II.    AFFIRMATIVE AND OTHER DEFENSES

In addition to its general denial, and without assuming the burden of proof thereon, Wells Fargo asserts the following defenses:

1.    Plaintiff fails to state a claim upon which relief can be granted.

2.    Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands, abandonment, acquiescence, and/or estoppel (in all its forms).

3.    Plaintiff's claims are barred in whole or in part by the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code and applicable Texas law.    Any damages allegedly sustained by Plaintiff were caused in whole or in part by the

1

conduct of third parties over whom Wells Fargo had no right or duty to control, and, therefore, the amount of any damages otherwise recoverable against Wells Fargo should be extinguished or reduced in comparative proportion to the conduct of any other third parties.

4.      Plaintiff's claims are barred in whole or in part by Plaintiff's failure to mitigate his damages, if any.

5.      Plaintiff's claims are barred in whole or in part by waiver and/or release.

6.      Plaintiff's claims are barred in whole or in part by the doctrine of setoff, offset, and/or recoupment.

7.      Plaintiff's claims are barred in whole or in part by the statute of frauds, parol evidence rule, and merger.

8.      Plaintiff has not complied with all conditions precedent to Plaintiff's requested recovery.

9.      Any injury Plaintiff suffered was a result of his own conduct and/or his failure to comply with the terms of any relevant and applicable contracts or agreements.

10.     Plaintiff's claims against Wells Fargo for punitive damages are barred and limited by the Constitution, the Texas Constitution, and the Texas Civil Practices and Remedies Code.

11.     Plaintiff's attorney's fees are not recoverable, reasonable, or necessary and are barred in whole or in part by failing to present a demand, making an excessive demand, and failing to meet the conditions precedent for the recovery of attorney's fees.

12.     Wells Fargo reserves the right to assert such other and further defenses as may become apparent during this litigation.

AUS:0567447/01213:731150v1

### III.    __PRAYER__

WHEREFORE, PREMISES CONSIDERED, Defendant Wells Fargo Bank, N.A. respectfully prays that upon final hearing hereof, judgment be rendered that Plaintiff take nothing by his suit and that Wells Fargo be granted all relief, general and special, to which it may be justly entitled.

Respectfully submitted,

LOCKE LORD LLP

By: _____

**B. David L. Foster**
State Bar No. 24031555
**Daniel Durell**
State Bar No. 24078450
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)
dfoster@lockelord.com
daniel.durell@lockelord.com

**Robert T. Mowrey**
State Bar No. 14607500
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Facsimile)
rmowrey@lockelord.com

**ATTORNEYS FOR WELLS FARGO**

AUS:0567447/01213:731150v1

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing document was served on this the 31st day of January, 2018, as indicated below to the following and to each counsel of record registered with the e-filing system:

**VIA FACSIMILE: (469) 444-6906**
**AND E-SERVICE**
Adam M. Swartz
Marc J. Traynor
The Swartz Law Firm, PLLC
P.O. Box 12683
Dallas, Texas 75230
*Attorneys for Plaintiff*

_____
Daniel Durell

4

Filed: 1/16/2018 5:02 PM
Dana DeBeauvoir
Travis County Clerk
C-1-CV-18-000042

## CAUSE NO. C-1-CV-000042

| | | |
|---|---|---|
| FESTE | § | IN THE COURT of Debbie Mendez |
| | § | |
| Plaintiff, | § | |
| VS. | § | TRAVIS COUNTY, |
| | § | |
| WELLS FARGO BANK, N.A., AND EXPERIAN | § | |
| INFORMATION SOLUTIONS , INC .,EQUIFAX, | | |
| INC.,TRANS UNION, LLC. | | |
| Defendant. | § | COUNTY COURT AT LAW #1 |

### AFFIDAVIT OF SERVICE

On this day personally appeared **Paul Gonzalez** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 16, 2018, 3:00 pm,**

### CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 Bryan St, Dallas, TX 75201** within the county of **Dallas** at **03:20 PM** on **Tue, Jan 16 2018,** by delivering a true copy to the within named

### EXPERIAN INFORMATION SOLUTIONS, INC (REGISTERERED AGENT CT CORPORATE SYSTEM)

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the **Texas Rules of Civil Procedure** as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Paul Gonzalez**, my date of birth is **04/03/92**, and my address is **P.O. BOX 870686, Mesquite, TX 75187,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TEXAS**, on **January 16, 2018.**

_____
Paul Gonzalez
SCH #11982 Exp.04/30/19

# *CITATION*

THE STATE OF TEXAS

To:
**WELLS FARGO BANK, N.A.**
By and through serving the **Texas Secretary of State**
per Tex. Civ. Prac. & Rem. Section 17.44(b)
**By serving its registered agent SUE SHELBURNE**
**12941 I-45 NORTH**
**HOUSTON, TX  77060 (Home/Home Office)**
Defendant, in the hereinafter styled and numbered cause:

You have been sued. You may employ an attorney. If you or your
attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of
twenty days after you were served this citation and plaintiff's
original petition, a default judgment may be taken against you. A
copy of the plaintiff's original petition accompanies this citation,
in cause number C-1-CV-18-000042, styled **FESTE vs WELLS FARGO ET AL**

Filed in **COUNTY COURT AT LAW #1**, Heman Marion Sweatt Travis County
Courthouse, 1000 Guadalupe, Austin, Texas, on **January 02, 2018.**
Given under my hand and seal of Dana DeBeauvoir, County Clerk on
**January 04, 2018.**

County Clerk, Travis County, Texas
P.O. Box 149325 Austin, Texas 78714-3925

By Deputy:
**A M PEREZ**

Plaintiff Attorney:
**ADAM MATTHEW SWARTZ**
**P.O BOX 12683**
**DALLAS, TX  75225**

---------------------------- OFFICER'S RETURN ----------------------------
Came to the hand on the _____ day of _____,20___ at ____o'clock_____M. Executed
at _____ within County of _____at ____o'clock___M on the _____ day
of__,20___,by delivering to the within named_____a true copy of
this citation together with the accompanying copy of the petition having first
attached such copy of such petition to such copy of citation and endorsed on such copy
of citation the date of delivery.
To certify which witness my hand officially.

_____
_____
Cf _____ Travis County, Texas
By Deputy _____
FEES PAID $_____

04C – 000003108
C-1-CV-18-000042

## *CITATION*

THE STATE OF TEXAS
To:
EXPERIAN INFORMATION SOLUTIONS, INC.
By serving its registered agent CT CORPORATION SYSTEM
1999 BRYAN ST #900
DALLAS, TX  75201

**Defendant,** in the hereinafter styled and numbered cause:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and plaintiff's original petition, a default judgment may be taken against you. A copy of the plaintiff's original petition accompanies this citation, in cause number **C-1-CV-18-000042**, styled **FESTE vs WELLS FARGO ET AL**

Filed in **COUNTY COURT AT LAW #1**, Heman Marion Sweatt Travis County Courthouse, 1000 Guadalupe, Austin, Texas on **January 02, 2018.**
Given under my hand and seal of Dana DeBeauvoir, County Clerk on **January 04, 2018.**

County Clerk, Travis County, Texas
P.O. Box 149325, Austin, Texas 78714-9325

By Deputy:

Plaintiff Attorney                              A M PEREZ
ADAM MATTHEW SWARTZ
P.O BOX 12683
DALLAS, TX  75225

------------------------------ OFFICER'S RETURN ------------------------------
Came to the hand on the _____ day of _____, 20___ at
___o'clock_____.M. Executed at _____ within County of
_____at _____o'clock_____M on the _____ day of _____,20___,
by delivering to the within named

_____
a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially.

_____

_____
                    of _____ County, Texas
                    By Deputy _____

FEES PAID $_____

C-1-CV-18-000042
01C - 000069037

## *CITATION*

**THE STATE OF TEXAS**
To:
**EQUIFAX, INC.**
**By serving its registered agent PRENTICE-HALL CORPORATION SYSTEM**
**211 E 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

**Defendant,** in the hereinafter styled and numbered cause:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and plaintiff's original petition, a default judgment may be taken against you. A copy of the plaintiff's original petition accompanies this citation, in cause number **C-1-CV-18-000042**, styled **FESTE vs WELLS FARGO ET AL**

Filed in **COUNTY COURT AT LAW #1,** Heman Marion Sweatt Travis County Courthouse, 1000 Guadalupe, Austin, Texas on **January 02, 2018.**
Given under my hand and seal of Dana DeBeauvoir, County Clerk on **January 04, 2018.**

County Clerk, Travis County, Texas
P.O. Box 149325, Austin, Texas 78714-9325

By Deputy:

Plaintiff Attorney                                      A M PEREZ
**ADAM MATTHEW SWARTZ**
**P.O BOX 12683**
**DALLAS, TX 75225**

--------------------------------- OFFICER'S RETURN ---------------------------------
Came to the hand on the _____ day of _____, 20___ at
___o'clock_____M. Executed at _____ within County of
_____at _____o'clock_____M on the _____ day of _____,20___,
by delivering to the within named

_____
a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially.

_____

_____
                      of _____ County, Texas
                      By Deputy _____

FEES PAID $_____

C-1-CV-18-000042
01C - 000069037

## CITATION

THE STATE OF TEXAS
To:
**TRANS UNION, LLC**
**By serving its registered agent PRENTICE-HALL CORPORATION SYSTEM**
**211 E 7ᵀᴴ STREET, SUITE 620**
**AUSTIN, TX 78701**

**Defendant,** in the hereinafter styled and numbered cause:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and plaintiff's original petition, a default judgment may be taken against you. A copy of the plaintiff's original petition accompanies this citation, in cause number **C-1-CV-18-000042**, styled **FESTE vs WELLS FARGO ET AL**

Filed in **COUNTY COURT AT LAW #1,** Heman Marion Sweatt Travis County Courthouse, 1000 Guadalupe, Austin, Texas on **January 02, 2018.**
Given under my hand and seal of Dana DeBeauvoir, County Clerk on **January 04, 2018.**

County Clerk, Travis County, Texas
P.O. Box 149325, Austin, Texas 78714-9325

By Deputy:

Plaintiff Attorney                                          A M PEREZ
**ADAM MATTHEW SWARTZ**
**P.O BOX 12683**
**DALLAS, TX 75225**

------------------------------ OFFICER'S RETURN ------------------------------
Came to the hand on the _____ day of _____, 20___ at
___o'clock_____M. Executed at _____ within County of
_____at ___o'clock_____M on the _____ day of _____,20___,
by delivering to the within named

_____
a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially.

_____

_____
                         of _____ County, Texas
                         By Deputy _____

FEES PAID $_____

C-1-CV-18-000042
01C - 000069037

Filed: 1/2/2018 7:13 PM
Dana DeBeauvoir
Travis County Clerk
C-1-CV-18-000042
Adrianna Perez

CAUSE NO.  <u>C-1-CV-18-000042</u>

| | | |
|---|---|---|
| GREGORY FESTE, SR. | § | IN THE COUNTY COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO.  <u>1</u> |
| WELLS FARGO BANK, N.A., and | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., EQUIFAX, INC., and | § | TRAVIS COUNTY, TEXAS |
| TRANS UNION, LLC. | § | |
|     Defendants. | § | |

## <u>PLAINTIFF'S ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GREGORY FESTE, SR. ("Plaintiff,") complaining of WELLS FARGO

BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., and

TRANS UNION, LLC, (collectively, "Defendants"), who files his PLAINTIFF'S ORIGINAL

PETITION and, in support thereof, would respectfully show the Court as follows:

### I.     DISCOVERY CONTROL PLAN

1.1     Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas

    Rules of Civil Procedure.

### II. PARTIES

2.1     Plaintiff, GREGORY FESTE, SR. ("Plaintiff"), is a Texas resident and consumer, whose

    address is 5712 Medicine Creek Drive, Austin, Texas 78735.

2.2     Defendant, WELLS FARGO BANK, N.A., ("WF"), is a foreign corporation whose

    business mailing address is 90 S 7TH ST N9305-164 MINNEAPOLIS, MN 55479-0001,

    whose Texas Taxpayer Number is 17600347847, Texas Secretary of State File Number

    0001761202, and may be served with process through its registered agent, Sue Shelburne,

    12941 I-45 North, Houston, TX 77060, or wherever she may be found.

2.3    Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), an Ohio

Corporation, may be served with process by and through its registered agent, CT

Corporation System, at 1999 Bryan St., #900, Dallas, TX 75201.

2.4    Defendant, EQUIFAX, INC. ("Equifax"), a Georgia Corporation, may be served with

process by and through its registered agent, Prentice-Hall Corporation System, at 211 E.

7th Street, Suite 620, Austin, TX 78701-3218.

2.5    Defendant, TRANS UNION, LLC ("TransUnion"), an Illinois LLC, may be served with

process by and through its registered agent, Prentice=Hall Corporation System, at 211 E.

7th Street, Suite 620, Austin, TX 78701-3218.

### III. JURISDICTION

3.1    Jurisdiction is appropriate in this Court pursuant to Tex. Fin. Code §§ 392.403(d) &

§392.404, which permits a claim for enforcement of the Texas Debt Collection Act to be

brought in any court of competent jurisdiction which includes, but is not limited to, this

Court.

3.2    Jurisdiction is appropriate in this Court pursuant to Tex. Bus. & Com. Code Ann.

§17.50(a) & (h), which permits a claim for enforcement of the Texas Deceptive Trade

Practices Act to be brought in certain courts of competent jurisdiction which includes, but

is not limited to, this Court.

3.3    Jurisdiction is appropriate in this Court pursuant to 15 U.S.C. § 168lp, which permits a

claim for enforcement of the Fair Credit Reporting Act ("FCRA") to be brought in any

court of competent jurisdiction which includes, but is not limited to, this Court. Plaintiff

seeks recovery of monetary damages within the jurisdictional limits of this Court

(Plaintiff seeks recovery of damages in the amount of $100,000 or less, including

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees, plus all other relief to which the Plaintiff is entitled).

## IV. VENUE

4.1    Venue is appropriate in this Court pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002 *ET. SEQ.* because Travis County is where all or a substantial part of the events or omissions giving rise to this claim occurred and where the Plaintiff resided at the time of the accrual of the cause of action. Under the special limitations statute found in the Business and Commerce Code, a cause of action accrues when the breach occurs. TEX. BUS. & COM. CODE § 2.725(B) (2012).

## V. FACTUAL BACKGROUND

5.1    Defendant, Wells Fargo, has willfully, knowingly reinserted damaging, derogatory, erroneous information on Plaintiff's credit report in an attempt to collect a debt.

5.2    After suffering through a bout with cancer in 2007, followed by a bankruptcy in 2008, Plaintiff created steady work for himself and proactively sent a letter to Wells Fargo (reporting a zero-balance charge-off at the time) attempting to settle up with them.

5.3    On August 31, 2017, Plaintiff was sent a letter from Wells Fargo, Subject: Response to account status concerns for your account ending in 2913. *See Exhibit A.* That letter notes in paragraph 2 that the "account was reporting to the credit bureaus as a charge-off with a balance of $8,530.86. On August 25, 2017, your account reached the statute of limitation, triggering a change in the status of your loan to charge-off zero balance." *Id.* The same paragraph further notes that "it may take 30-60 days for the credit bureaus to show the update." *Id.*

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

5.4    Wells Fargo then zeroed out the account balance, but later reinserted a Charge-Off

balance of $8,530 onto Plaintiff's credit report through the credit reporting agencies. *See*

*Exhibit B*. The data furnisher added over sixty (60) new "late payments." *See Exhibit C*.

5.5    On information and belief, the data furnisher failed to certify the information and failed

to promptly notify the consumer.

5.6    On information and belief, there has been no account number change, subscriber change,

or transfer of debt.

5.7    Defendant, Experian, Equifax, and Trans Union are national credit-reporting agencies,

known as bureaus or CRAs, for aggregating and publishing the credit history of an

American person.

5.8    Experian, Equifax, and Trans Union willfully violated their statutory duty by refusing to

remove reinserted information, which was not validated or verified, which was damaging

to Plaintiff's creditworthiness, which it knew or had reason to know was erroneous or

misleading or inaccurate. Their refusal constitutes not only an unreasonable

reinvestigation, but also failure to have procedures in place to ensure maximum possible

accuracy.

5.9    On or about June 2017 Plaintiff employed the professional services of M&M Credit who

sent dispute letters to each Defendant. Each bureau refused to remove the disputed

information, instead deferring to the data furnisher who had not properly validated or

verified the information disputed.

5.10    On or about October 1, 2017 Plaintiff and Defendant participated in a conference call

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

with Sergio Marshall of M&M Credit Solutions in regards to this matter. Plaintiff and Mr. Marshall had to call at least four times to get through to a live person.

5.11    The Wells Fargo letter that notes that the account is zeroed out was repeatedly referenced during the conference call and Wells Fargo assured Plaintiff that they would zero the account out. *See Exhibit A.*

5.12    Relying on that promise, Plaintiff participated in the unsuccessful closing of a 1.5 million dollar home with an additional "bonus lot" worth $200,000 thrown in to solidify the deal. After the unsuccessful closing, that property sold two (2) days later. While it is arguable that Plaintiff may have an opportunity to purchase a different, comparable $1.5 million home, Plaintiff does not have another opportunity to obtain a similar bonus lot worth $200,000.

5.13    Plaintiff obtained counsel, who sent a final request for removal or readjustment of the account, but the CRAs were unwilling or unable to comply with the final request. Again, each bureau refused to remove the disputed information, instead deferring to the data furnisher who had not properly validated or verified the information disputed by Plaintiff's attorneys.

5.14    Plaintiff now files his Original Petition in order to secure his rights and ability to rent and/or obtain new housing through the Court.

**(Causes of Action Against Experian, Equifax, and Trans Union)**

3.20    Experian, Equifax, and Trans Union have a statutory duty under 15 U.S.C. § 1681e(b) to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom a credit report relates.

*FESTE v. WELLS FARGO, et al. -* ORIGINAL PETITION

3.21    The CRAs also have a statutory duty under 16 U.S.C. § 1681i(b) to respond to a dispute over the accuracy of a report by "conduct[ing] a reasonable reinvestigation to determine whether the disputed information is accurate. As noted above, these causes of action may be filed in any court of competent jurisdiction and need not be federal.

3.22    In determining what is insufficient and, therefore, an unreasonable investigation, *Stevenson v. TRW Inc.*, 987 F.2d 288, 293 (5th Cir. 1993)[1] provides that the credit reporting agency cannot merely "parrot"[2] information from the data furnisher...the statute places the burden of investigation squarely on the consumer reporting agency.

3.25    The CRAs have negligently and willfully violated § 1681i(a) by failing to remove disputedly inaccurate and unverified information promptly and by allowing that deleted information to reappear.[3]

3.26    Pursuant to 15 U.S.C. § 1681n, the CRAs are liable to Plaintiff for at least (a) actual damages of not less than $100.00 or more than $1,000.00 for each violation; (b) punitive damages as this Court may deem just and appropriate; and (c) attorney fees.

3.27    In the alternative, Plaintiff is entitled to recovery against Experian, Equifax, and Trans

---

1 Consumer's son had fraudulently obtained accounts in the consumer's name. *See id.* at 291. Other inaccurate information appeared on the credit report as well. *See id.* The credit reporting agency sent written forms to the credit granting agencies that had originally supplied information concerning the consumer, and relied on those credit grantors to make the conclusive determination of whether the information was accurate. *Id.* at 293. ); In *Stevenson*, TRW also relied on the subscribers to tell TRW whether to delete information from Stevenson's report. *Id.* Holding that this was insufficient, the court wrote: "In a reinvestigation of the accuracy of credit reports [pursuant to § 1681i(a)], a credit bureau must bear some responsibility for evaluating the accuracy of information obtained from subscribers." *Id.* (citing *Swoager v. Credit Bureau of Greater St. Petersburg*, 608 F. Supp. 972, 976(M.D. Fla. 1985)). The court reasoned that such a result was the only one consistent with the language of § 1681i(a), which requires "that the consumer reporting agency shall within a reasonable period of time reinvestigate' and 'promptly delete' inaccurate or unverifiable information." *Id.* (quoting 15 U.S.C. § 1681i(a)) (emphasis in *Stevenson*).

2 After the furnisher responds to an FCRA dispute, the credit bureaus main response is to "parrot" what the furnishers report to them; i.e., they will accept the results of the furnisher's "investigation" even when a simple check would reveal inconsistent information. In other words, the credit bureaus' policies are that what the furnisher says is gospel and even court records cannot contradict that.

3 Allowing inaccurate information back onto a credit report after deleting it because it is inaccurate is negligent. *Morris v. Credit Bureau of Cincinnati, Inc.*, 563 F.Supp. 962, 968 (S.D.Ohio 1983).

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

Union for negligent violations of the FCRA for actual damages plus attorney fees.  15 U.S.C. § 1681o.

**(Causes of Action Against Wells Fargo Bank, N.A.)**

3.29    After receiving a notice of a dispute with regard to the completeness or accuracy of any information provided by them, Wells Fargo had a duty to (a) conduct an investigation with respect to the disputed information; (b) review all relevant information provided by the credit reporting agency; and (c) modify, delete, or permanently block the reporting of inaccurate information contained on Plaintiff's credit report. 15 U.S.C. § 1681 *et al.*

3.30    Wells Fargo willfully breached these duties to Plaintiff who has been damaged by Wells Fargo's breach.

3.31    Pursuant to 15 U.S.C. § 1681n, Wells Fargo is liable to Plaintiff for at least (a) actual damages of not less than $100.00 or more than $1,000.00 for each violation; (b) the loss of the opportunity to purchase the $200,000 bonus lot; (c) punitive damages as this Court may deem just and appropriate; and (d) attorney fees.

3.32    In the alternative, Plaintiff is entitled to recovery against Wells Fargo for negligent violations of the FCRA for actual damages plus attorney fees.  15 U.S.C. § 1681o.

**(Common Law Unfair Collection Practices)**

5.15    Unfair collection practices are an intentional tort derived from the common law. *EMC Mortg. Corp. v. Jones*, 252 S.W.3d 857, 868 (Tex. App.—Dallas 2008, no pet.); *see Duty v. Gen.Fin. Co.*, 154 Tex. 16, 273 S.W.2d 64, 66 (1954); *see also McDonald v. Bennett*, 674 F.2d 1080, 1089 n.8 (5th Cir. 1982).

5.16    The Supreme Court of Texas has not directly addressed the elements to be proven in an

action for unfair collection practices. *See, e.g., Duty*, 273 S.W.2d at 66 ("A decision of the case before us does not require that we undertake to outline the limits to which such a creditor may go, but we do hold that resort to every cruel device which his cunning can invent in order to enforce collection when that course of conduct has the intended effect of causing great mental anguish to the debtor, resulting in injury and causing his loss of employment, renders the creditor liable to respond in damages."); *Moore v. Savage*, 362 S.W.2d 298, 298–99 (Tex. 1962) (per curiam) (refusing to review the definition of "unreasonable collection efforts" because the issue was not preserved for appeal), ref'd appeal from 359 S.W.2d 95, 96 (Tex. Civ. App.—Waco 1962, writ ref'd n.r.e.).

5.17    While the elements are not clearly defined and the conduct deemed to constitute an unreasonable collection effort varies from case to case, a plaintiff must generally prove that "[a] defendant['s] debt collection efforts 'amount to a course of harassment that was willful, wanton, malicious, and intended to inflict mental anguish and bodily harm.'" *EMC Mortg. Corp.*, 252 S.W.3d at 868-69.

5.18    Plaintiff incorporates the facts and statements above-mentioned in this petition to be applied equally to this cause of action.

### (Texas Debt Collection Act)

5.20    It is well recognized that reporting a debt to a credit bureau is, as one knowledgeable federal judge put it, a "powerful tool designed, in part, to wrench compliance with payment terms." *Rivera v. Bank One*, 145 F.R.D. 614 (D. P.R. 1993); accord *Blanks v. Ford Motor Credit*, 2005 WL 43981, at *3 (N.D. Tex. Jan. 7, 2005) (communicating information to credit reporting agency is a communication in connection with collection

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

of the debt); *Akalwadi v. Risk Mgmt. Alternatives, Inc.*, 336 F. Supp. 2d 492, 503 n.4 (D.

Md. 2004) (reporting debt is "in connection with" debt collection); *Sullivan v. Equifax*,

2002 WL 799856, 2002 U.S. Dist. LEXIS 7884, at *15 (E.D. Pa. Apr. 19, 2002)

(reporting a debt is a powerful collection tool); *Ditty v. CheckRite, Ltd.*, 973 F. Supp.

1320, 1331 (D. Utah 1997) (reporting bad check information to others is designed to give

collector additional leverage over debtor); In re *Sommersdorf*, 139 B.R. 700, 701 (Bankr.

S.D. Ohio 1991).

5.21    The Federal Trade Commission supports that position, stating, "the reality is that debt

collectors use the reporting mechanism as a tool to persuade consumers to pay, just like

dunning letters and telephone calls." Cass, FTC Informal Staff Letter (Dec. 23, 1997),

reprinted in National Consumer Law Center, Fair Debt Collection (5th ed. 2004 and

Supp.), Appx. B.2, p. 720-21. As a result, communications from a debt collector to a

credit reporting agency (CRA) should be tested for compliance with the Fair Debt

Collection Practices Act (FDCPA), as any other debt collection activity.

5.19    In evaluating debt collection practices, the Fifth Circuit and Texas have adopted an

"unsophisticated consumer standard" which "is designed to protect consumers of below

average sophistication or intelligence without having the standard tied to 'the very last

rung on the sophistication ladder.' *Taylor v. Perrin, Landry, DeLaunay & Durand*, 103

F.3d 1232, 1236 (5th Cir. 1997) (quoting Gammon v. GC Servs. Ltd P'ship, 27 F.3d

1254, 1257 (7th Cir. 1994)); *Goswami v. American Collections Enter.*, Inc., 377 F.3d

488, 495 (5th Cir. 2004); *Youngblood v. GC Servs. Ltd. P'Ship*, 186 F. Supp.2d 695, 697

(W.D. Tex. 2002).

5.20    Plaintiff incorporates the facts and statements above-mentioned in this petition to be

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

applied equally to this cause of action.

## (Texas Business and Commerce Code § 20 Violation)

5.21    In the alternative, pursuant to Tex. Bus. & Comm. Code, Ch. 20, the debt collector has

dodged its duty to respond appropriately and in kind to several disputes and requests for

proper verification and validation of information reported.

5.22    Wells Fargo failed to address the chief concern of the disputes, to wit: they were

inaccurately reporting a balance on an account they had previously acknowledged in

writing should show a zero balance, causing Mr. Feste to lose both the opportunity to

purchase a new home with a bonus lot, *but also to be able to purchase or rent a new

home at all.*

5.23    Plaintiff incorporates the facts and statements above-mentioned in this petition to be

applied equally to this cause of action.

## (Promissory Estoppel)

5.24    As is true of other equitable doctrines and remedies, promissory estoppel does not apply

when the issue is governed by a formal contract. However, it may provide a remedy with

respect of promises not incorporated into a contract and/or totally independent of a

contract. *Barnett v. Coppell N. Tex. Court, Ltd.*, 123 S.W.3d 804, 825 (Tex. App.-Dallas

2003, pet. denied); *see also Subaru of Am., Inc. v. David McDavid Nissan, Inc.*, 84

S.W.3d 212, 226 (Tex. 2002).

5.25    Here, in the alternative, Plaintiff claims that Defendant Wells Fargo (1) made a promise,

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

(2) which was reasonably, foreseeably relied upon by the Plaintiff, and (3) Plaintiff's substantial reliance on that promise (to zero out the account balance) led to a detriment.

5.26    The promise was more than mere speculation concerning future events, a statement of hope, or an expression of opinion, expectation, or assumption. *Comiskey v. FH Partners, LLC*, 373 S.W.3d 620, 635 (Tex. App.-Houston [14th Dist.] 2012, pet. denied).

5.27    Indeed, there was a definite statement that Wells Fargo would remove/update/correct the information in accordance with its written correspondence noting the same. *See Exhibit A.*

5.28    The promisor, Well Fargo, should have reasonably expected to induce action or reliance on the part of the Plaintiff. See *CRSS Inc. v. Runion*, 992 S.W.2d 1, 6 (Tex. App.-Houston [1st Dist.] 1995, pet. denied) (*quoting "Moore" Burger, Inc. v. Phillips Petroleum Co.*, 492 S.W.2d 934, 937 (Tex. 1972) (quoting RESTATEMENT OF CONTRACTS § 90 (1932))).

5.29    Defendant Wells Fargo (1) promised to act in accord with its written correspondence and zero out the Plaintiff's reported account balance with the credit reporting agencies, (2) the Plaintiff reasonably assumed Wells Fargo would follow through and so he proceeded with the attempted closing of a home, and (3) Plaintiff's substantial reliance on that promise (to zero out the account balance) led to Plaintiff's home closing falling apart, the loss of time, earnest money, and the opportunity to purchase a $200,000 bonus lot.

5.30    Plaintiff incorporates the facts and statements above-mentioned in this petition to be applied equally to this cause of action.

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

## VI. DAMAGES AND ATTORNEY'S FEES AUTHORITY

6.1    Plaintiff can recover and seeks additional damages within the jurisdictional limit of the
Court.

6.2    Defendants' actions has made it necessary for Plaintiff to employ the undersigned law
firm to file suit, requiring the attorneys to forego other avenues of productivity and
compensation. Plaintiff Feste is entitled to recovery of attorney fees pursuant to TEX. CIV.
PRAC. & REM. CODE § 38.001 and TEX. FIN. CODE § 392.403(b) in an amount to be
determined at trial or at a hearing on a Motion for Default or Summary Judgment, but in
any event, not less than $5,000.

6.3    In no event shall the amount in controversy plus reasonable attorney's fees exceed the
jurisdictional limits of this court.

## VII. PRAYER

7.1    Plaintiff prays that—

    a.    Defendant be cited to appear and answer;

    b.    Plaintiff be granted judgment for:
  i.    Statutory damages;
  ii.   Actual/compensatory damages;
  iii.  That Plaintiff be granted judgment for three times the
        amount of actual damages to the consumer as allowed by
        Tex. Bus. & Com. Code § 20.09(a),
  iv.   TDCA statutory damages as to Defendant Wells Fargo;
  v.    Exemplary/punitive damages for willful violations of
        statute;

    d.    Plaintiff be granted judgment for reasonable attorney's fees of at least
$5,000.00, as allowed by Tex. Civ. Prac. & Rem. Code § 38.001, Tex. Fin.
Code §392.403(b), and Tex. Bus. & Com. Code § 20.09(a);

    e.    Plaintiff be granted judgment for all costs of court;

    f.    Plaintiff be granted pre and post judgment interest at the highest rate
allowable by law; and

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

g.     Plaintiff be granted all further relief to which Plaintiff may be entitled.

Respectfully submitted,

THE SWARTZ LAW FIRM, PLLC

/s/ Marc J. Traynor
Adam M. Swartz
SBN: 24088493
and
Marc J. Traynor
SBN: 24084916
PO Box 12683
Dallas, TX 75230
P – (469) 909-1127
F – (469) 444-6906
Adam@TheSwartzLawFirm.com
**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT
# A

*FESTE v. WELLS FARGO, et al.* - ORIGINAL PETITION

Wells Fargo Dealer Services
Office of the President
PO Box 168071
Irving, TX 75016
Fax 1-888-329-4855
wellsfargodealerservices.com



August 31, 2017

Gregory L. Feste
5712 Medicine Creek Drive
Austin, TX 78735

Subject:  Response to account status concerns for your account ending in 2913

Dear Gregory L. Feste:

Thank you for giving us the opportunity to review your concerns about your Wells Fargo Dealer Services (WFDS) account. We are writing in response to the concerns that we received on your behalf from Wells Fargo Regional Services Group, Resolution Team on August 24, 2017. We have completed a thorough review of your situation, and are sharing our findings below.

**About your account status**
Your account went into charge-off status on May 31, 2012, when the payments became over 120-days past due. Your account was reporting to the credit bureaus as a charge-off with a balance of $8,530.86. On August 25, 2017, your account reached the statute of limitation, triggering a change in the status of your loan to charge-off zero balance. WFDS reports due date to due date, and the reporting is processed systematically. Depending on the day, your account reports to the credit bureaus, and when the credit bureaus update their records, it may take 30-60 days for the credit bureaus to show the update.

**About credit reporting**
Our records show that WFDS has been reporting your account accurately to the credit reporting agencies. Because we have been reporting accurately, we cannot correct previous reporting. Per your request, this letter is being sent to you my email.

**We're here to help**
We value your feedback and appreciate the time and effort taken to share your concerns with us. If you have any questions, please call us at 1-877-250-2265, Monday through Friday, 5:00 a.m. to 5:00 p.m. Pacific Time; 7:00 a.m. to 7:00 p.m. Central Time; 8:00 a.m. to 8:00 p.m. Eastern Time. We accept telecommunications relay service calls.

Sincerely,

Diane D.
DS Executive Resolution Specialist
Wells Fargo Dealer Services

# EXHIBIT

# B

CREDIT CHANGES

## WELLS FARGO DLR SVC/ 

Balance Increased by $8,530

Between December 9, 2017 and December 16, 2017, your WELLS FARGO DLR SVC/ automotive account balance increased by $8,530 from $0 to $8,530.

## WELLS FARGO DLR SVC/ 

Remark Added to Account

Between December 16, 2017 and December 23, 2017 the following remark was added to this account: Fixed rate

## SANTANDER CONSUMER U 

Remark Removed From Account

Between December 16, 2017 and December 23, 2017 the following remark was removed from this account:
Consumer disputes - reinvestigation in progress

## Suggested for your credit

# EXHIBIT

# C



# FICO® Score 3B Report
November 5, 2017

# FICO Score

**FICO® Score** — *The score lenders use®*

  

FICO ® Score 8 based on
Equifax data as of 11/5/2017

FICO ® Score 8 based on
TransUnion data as of 11/5/2017

FICO ® Score 8 based on
Experian data as of 11/5/2017

## FICO Score Ingredients

| Equifax | TransUnion | Experian |
|---|---|---|
| **PAYMENT HISTORY** | | |
| Good | Fair | Fair |
| **DEBT AMOUNT** | | |
| Very Good | Very Good | Very Good |
| **LENGTH OF CREDIT HISTORY** | | |
| Very Good | Fair | Very Good |
| **NEW CREDIT** | | |
| Good | Good | Good |

## Positive Factors

 You've limited the use of your available revolving credit.

### Equifax  TransUnion  Experian

FICO® Scores evaluate the total revolving account balances in relation to the total credit limits on those accounts . People who keep their ratio of balances to credit limits low pose less risk to lenders than those with higher ratios.

| RATIO OF YOUR REVOLVING BALANCES TO YOUR CREDIT LIMITS | | |
|---|---|---|
| Equifax | TransUnion | Experian |
| 1% | 1% | 1% |

🏆 *For FICO High Achievers , the average ratio of the revolving account balances to the credit limits is less than 7%.*

 You've shown recent use of credit cards and/or open-ended accounts.

### TransUnion

FICO® Scores evaluate the mix of credit cards, installment loans and mortgages. People who demonstrate recent and responsible use of credit cards and/or open-ended accounts are generally considered less risky to lenders.

 You've recently been paying your bills on time.

### Equifax  Experian

While you have missed payments in the past, you have recently been paying your bills on time. Staying current and paying bills on time demonstrates lower risk.

| YOUR MOST RECENT MISSED PAYMENT HAPPENED |
|---|
| Equifax |
| 5 Years, 5 Months ago |

🏆 *About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.*

## Negative Factors

 You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

### TransUnion

The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future.

As these items age, they will have less impact on the FICO® Score.

Most late payments stay on your report for no more than seven years.



NUMBER OF YOUR ACCOUNTS THAT WERE
EVER 60 DAYS LATE OR WORSE OR HAVE A
DEROGATORY INDICATOR

**TransUnion**

2 accounts

🏆 *Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.*

 You have few accounts that are in good standing.

### Equifax  TransUnion  Experian

The FICO® Score considers the number of accounts showing on time payments. In your case this number is too low either because you have very few accounts or you've missed payments recently on some of your accounts or have accounts with derogatory indicators reported.

NUMBER OF YOUR ACCOUNTS CURRENTLY
BEING PAID AS AGREED

| Equifax | TransUnion | Experian |
|---------|-----------|----------|
| 2 accounts | 2 accounts | 2 accounts |

 *FICO High Achievers have an average of 6 accounts currently being paid as agreed.*

 You recently missed a payment or had a derogatory indicator reported on your credit report.

### TransUnion

The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk.

Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments.

As missed payments age, they have less impact on a FICO® Score.

| YOUR MOST RECENT MISSED PAYMENT HAPPENED |
| :---: |
| **TransUnion** |
| 1 Month ago |

🏆 *About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.*

 You have a short credit history.

### Equifax  TransUnion  Experian

People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

| YOUR OLDEST ACCOUNT WAS OPENED | | |
| :---: | :---: | :---: |
| Equifax | TransUnion | Experian |
| 12 Years, 10 Months ago | 8 Years, 6 Months ago | 12 Years, 10 Months ago |

🏆 *FICO High Achievers opened their oldest account 25 years ago, on average.*

| AVERAGE AGE OF YOUR ACCOUNTS | | |
| :---: | :---: | :---: |
| Equifax | TransUnion | Experian |
| 6 Years, 4 Months | 4 Years, 8 Months | 6 Years, 4 Months |

🏆 *Most FICO High Achievers have an average age of accounts of 9 years or more.*

 You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.

### Equifax  Experian

The presence of a serious delinquency or derogatory indicator and a derogatory public record or collection is a powerful predictor of future payment risk.

Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer.

As these items age, they will have less impact on the FICO® Score.

Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

| NUMBER OF YOUR ACCOUNTS THAT WERE EVER 60 DAYS LATE OR WORSE OR HAVE A DEROGATORY INDICATOR | | NUMBER OF PUBLIC RECORDS ON YOUR CREDIT REPORT | |
|---|---|---|---|
| Equifax | Experian | Equifax | Experian |
| 2 accounts | 2 accounts | 1 public record | 1 public record |

 *Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.*

 *Virtually no FICO High Achievers have a public record or collection listed on their credit report.*

 You have no recent activity from a non-mortgage installment loan.

### Equifax  Experian

Your credit report shows no recent non-mortgage loans (such as auto or student loans) or sufficient recent information about your loans. Having a loan along with other types of credit demonstrates that a person is able to manage a variety of credit types.

### Your Risk to the Lender

Each lender determines the information they access to evaluate a consumer's credit risk. Many lenders use FICO Scores in making loan decisions due to the power of the FICO Score to predict which borrowers are risky. How the consumer has managed their credit in the past is predictive of future credit risk. The reason consumers with good FICO Scores get better interest rates is because they pose less risk of missing payments or defaulting on a loan.

## TransUnion

Most lenders would consider consumers with a score between 600 to 649 to be medium-high risk because approximately 27% of consumers in this score interval get into serious credit trouble.

## Equifax  Experian

Most lenders would consider consumers with a score between 650 to 699 to be medium risk because approximately 13% of consumers in this score interval get into serious credit trouble.

### RISK RATE

| Equifax | TransUnion | Experian |
|---|---|---|
| 13% | 27% | 13% |

*The risk rate shown here is the percentage of borrower's who reach 90 days past due or worse (bankruptcy, account charge-off) on any credit account over a two-year period.*

**Bottom Line**

## Equifax  TransUnion  Experian

A FICO® Score between **580 to 669** is below average, though many lenders will approve loans with scores in this range. Based on your score alone, you might expect the following:

- While many lenders will approve your loan applications, they may do so with somewhat higher rates or with more restrictive terms.
- Each creditor sets their own policies related to the rates and terms associated with a loan.
- Lenders may require additional information to help them evaluate your application for credit; factors such as your income or time at job may be reviewed.

# FICO Score Versions

**All Industry Version (Used in Mortgage Lending)**

| Equifax | TransUnion | Experian |




**666** Fair — 300 850

**587** Fair — 850

**699** Good — 300 850

FICO® Score 5 based on Equifax data as of 11/5/2017

FICO® Score 4 based on TransUnion data as of 11/5/2017

FICO® Score 2 based on Experian data as of 11/5/2017

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.
- You recently missed a payment or had a derogatory indicator reported on your credit report.
- You have one or more accounts showing missed payments or derogatory indicators.
- You have a short credit history.

**SCORE FACTORS**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.
- You recently missed a payment or had a derogatory indicator reported on your credit report.
- You have one or more accounts showing missed payments or derogatory indicators.
- You have past due amounts on your accounts.

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.
- You have a short credit history.
- You've recently been looking for credit.
- You have a consumer finance account on your credit report.

**Versions used for Auto Lending**

| Equifax | TransUnion | Experian |



FICO® Auto Score 8 based on
Equifax data as of 11/5/2017



FICO® Auto Score 8 based on
TransUnion data as of 11/5/2017



FICO® Auto Score 8 based on
Experian data as of 11/5/2017

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You have missed payments or derogatory indicators on your credit accounts.

- You have a short credit history.

- You have no recent activity from a non-mortgage installment loan.

**SCORE FACTORS**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- You have few accounts that are in good standing.

- You have a short credit history.

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You have few accounts that are in good standing.

- You have no recent activity from a non-mortgage installment loan.

- You have a short credit history.







FICO® Auto Score 5 based on Equifax data as of 11/5/2017

FICO® Auto Score 4 based on TransUnion data as of 11/5/2017

FICO® Auto Score 2 based on Experian data as of 11/5/2017

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.
- You have missed payments or derogatory indicators on your credit accounts.
- You have a short credit history.
- You recently missed a payment or had a derogatory indicator reported on your credit report.

**SCORE FACTORS**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.
- You recently missed a payment or had a derogatory indicator reported on your credit report.
- You have missed payments or derogatory indicators on your credit accounts.
- You have balances on past due accounts or on accounts that have a derogatory indicator.

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.
- You have no recent activity from a non-mortgage installment loan.
- You have missed payments or derogatory indicators on your credit accounts.
- You have a short credit history.

**Versions used for Credit Card Decisioning**

**Equifax**                    **TransUnion**                    **Experian**



**680**
Good

**643**
Fair
900



**676**
Good
250  900

FICO® Bankcard Score 8 based on Equifax data as of 11/5/2017

FICO® Bankcard Score 8 based on TransUnion data as of 11/5/2017

FICO® Bankcard Score 8 based on Experian data as of 11/5/2017

**SCORE FACTORS**

⬇ You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.
250

⬇ You have a short credit history.

⬇ You have no recent activity from a non-mortgage installment loan.

⬇ You have few accounts that are in good standing.

**SCORE FACTORS**

⬇ You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

⬇ You have few accounts that are in good standing.

⬇ You recently missed a payment or had a derogatory indicator reported on your credit report.

⬇ You have a short credit history.

**SCORE FACTORS**

⬇ You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

⬇ You have few accounts that are in good standing.

⬇ You have no recent activity from a non-mortgage installment loan.

⬇ You have a short credit history.







FICO® Bankcard Score 5 based on Equifax data as of 11/5/2017

FICO® Bankcard Score 4 based on TransUnion data as of 11/5/2017

FICO® Bankcard Score 2 based on Experian data as of 11/5/2017

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- You have few accounts that are in good standing.

- You have one or more accounts showing missed payments or derogatory indicators.

**SCORE FACTORS**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- The remaining balance on your mortgage or non-mortgage installment loans is too high.

- You have one or more accounts showing missed payments or derogatory indicators.

**SCORE FACTORS**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You have missed payments or derogatory indicators on your credit accounts.

- You have a short credit history.

- You've recently been looking for credit.



FICO Score Bankcard
not available for Equifax.



FICO® Score Bankcard
not available for TransUnion.



FICO® Score 3 based on
Experian data as of 11/5/2017

### SCORE FACTORS

⬇ You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

⬇ You've recently been looking for credit.

⬇ You recently missed a payment or had a derogatory indicator reported on your credit report.

⬇ You have missed payments or derogatory indicators on your credit accounts.

**Newly Released Version**

**Equifax**                    **TransUnion**                    **Experian**



FICO® Score 9 based on
Equifax data as of 11/5/2017



FICO® Score 9 based on
TransUnion data as of 11/5/2017



FICO® Score 9 based on
Experian data as of 11/5/2017

**SCORE FACTORS**

⬇ You have a serious delinquency or
derogatory indicator, public record and
/or collection on your credit report.

⬇ You have too many credit accounts with
balances.

⬇ You have no recent activity from a non-
mortgage installment loan.

⬇ You have not established a long
revolving and/or open-ended account
credit history.

**SCORE FACTORS**

⬇ You have a serious delinquency (60
days past due or greater) or derogatory
indicator on your credit report.

⬇ You have one or more accounts
showing missed payments or
derogatory indicators.

⬇ You have a short credit history.

⬇ You recently missed a payment or had a
derogatory indicator reported on your
credit report.

**SCORE FACTORS**

⬇ You have a serious delinquency or
derogatory indicator, public record and
/or collection on your credit report.

⬇ You have no recent activity from a non-
mortgage installment loan.

⬇ You have too many credit accounts with
balances.

⬇ You have few accounts that are in good
standing.



250  900

Auto Score 9 based on
data as of 11/5/2017

**SCORE FAC**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You have too many credit accounts with balances.

- You have no recent activity from a non-mortgage installment loan.

- You have not established a long revolving and/or open-ended account credit history.



250  900

Auto Score 9 based on
data as of 11/5/2017

**SCORE FAC**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- You have one or more accounts showing missed payments or derogatory indicators.

- You have a short credit history.



900

Auto Score 9 based on
data as of 11/5/2017

**SCORE FAC**

- You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

- You have no recent activity from a non-mortgage installment loan.

- You have too many credit accounts with balances.

- You have few accounts that are in good standing.



Fico Bankcard Score 9 based on data as of 11/5/2017

**SCORE FACTORS**

⬇ You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

⬇ You have too many credit accounts with balances.

⬇ You have no recent activity from a non-mortgage installment loan.

⬇ You have not established a long revolving and/or open-ended account credit history.



Fico Bankcard Score 9 based on Trans Union data as of 11/5/2017

**SCORE FACTORS**

⬇ You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

⬇ You have one or more accounts showing missed payments or derogatory indicators.

⬇ You have a short credit history.

⬇ You recently missed a payment or had a derogatory indicator reported on your credit report.



Fico Bankcard Score 9 based on data as of 11/5/2017

**SCORE FACTORS**

⬇ You have a serious delinquency or derogatory indicator, public record and /or collection on your credit report.

⬇ You have no recent activity from a non-mortgage installment loan.

⬇ You have too many credit accounts with balances.

⬇ You have few accounts that are in good standing.

# Credit At-A-Glance

|  | Equifax | TransUnion | Experian |
|---|---|---|---|
| CREDIT HISTORY | 12 Years | 8 Years | 12 Years |
| TOTAL ACCOUNTS | 10 | 9 | 10 |
| CURRENT ACCOUNTS | 9 | 8 | 10 |
| PAST DUE ACCOUNTS | 1 | 1 | 0 |
| REVOLVING ACCOUNTS | 4 | 4 | 4 |
| INSTALLMENT ACCOUNTS | 6 | 5 | 6 |
| MORTGAGE ACCOUNTS | 0 | 0 | 0 |
| OTHER ACCOUNTS | 0 | 0 | 0 |
| COLLECTIONS | 0 | 0 | 0 |
| PUBLIC RECORDS | 1 | 0 | 1 |
| NEGATIVE INDICATORS | 2 | 2 | 2 |
| AUTHORIZED USER ACCOUNTS | 1 | 1 | 1 |
| FRAUD FLAG | No | Yes | No |
| YOUR STATEMENT | - | THE TWO AUTO LOANS NOT PAID WERE DUE TO EXESSIVE MEDICAL EXPENSES AND LIVING EXPENSES FOR A FAMILY O<br><br>F 5 WHILE STARTING A NEW COMPANY THAT CURRENTLY EMPLOYES ME. | - |

# Personal Info

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| NAME | Gregory L Feste Sr | Gregory Labadie Feste Sr | Gregory L Feste |
| FORMER NAMES | Gregory L Fester | Feste,Gregiry,L | Gregory L Feste Sr |
| | | Feste,Greg | L Festr Gregory |
| DATE OF BIRTH | August 17, 1960 | August 17, 1960 | August 17, 1960 |
| SOCIAL SECURITY NUMBER | XXX-XX-5131 | XXX-XX-5131 | XXX-XX-XXXX |
| CURRENT ADDRESS | 5712 Medicine Creek Dr Austin, TX 78735 Sep, 2013 | 5712 Medicine Creek Dr Austin, TX 78735 Sep 4, 2013 | 5712 Medicine Creek Dr Austin, TX 787357917 Sep 12, 2017 |
| PREVIOUS ADDRESSES | 2908 Creeks Edge Pkwy ▉▉▉▉▉▉▉▉▉▉▉▉▉ Austin ▉▉▉▉ Nov, 2017 ▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉ 12400 W Highway 71 ▉▉▉▉▉▉▉▉▉▉▉▉▉ May, 2004 8701 Crystal Creek Cir Austin, TX 78746 Aug, 1999 | | 8313 W Highway 71 Ste 200 ▉▉▉▉▉▉▉ 470 ▉▉▉▉▉▉▉ 61766 Sep 1, 2014 |
| PHONE NUMBER | - | - | - |
| PREVIOUS PHONE NUMBERS | - | - | - |
| EMPLOYERS | Rezilient Direct Rezilient Direct Corp Rezilient Direct Corporat | Revolution Insurance Technologies Oct 10, 2016 Rezilient Direct Corporat Sep 7, 2014 | Rezilient Direct Corporat Mar 31, 2017 Rexilient Direct Corpora Oct 2, 2014 |

# Revolving Accounts

## Revolving Account 1 of 5

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Credit One Bank | Credit One Bank | Credit One Bank Na |
| LOAN TYPE | Credit Card | Credit Card | Credit Card |
| ACCOUNT NUMBER | XXXXXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| ACCOUNT HOLDER | Individual | Individual Account | Individual |
| DATE OPENED | Dec, 2014 | Dec, 2014 | Dec, 2014 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Oct, 2017 | Oct, 2017 | Oct, 2017 |
| CONDITION | Open | Open | Open |
| LAST ACTIVITY | Oct, 2017 | Sep, 2017 | Not Available |
| BALANCE | $5 | $5 | $5 |
| STATUS | Pays account as agreed | Paid or paying as agreed | This is an account in good standing |

## Payment Timeline



| | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2015 | | | | | | | 2016 | | | | | | | | | | 2017 | | | | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | 0 times |
| LATE 60 DAYS | 0 times | 0 times | 0 times |
| LATE 90 PLUS DAYS | 0 times | 0 times | 0 times |
| WORST DELINQUENCY | None Reported | None Reported | No update received |
| HIGH BALANCE | $935 | $935 | $935 |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | Revolving |
| SCHEDULED PAYMENT | $5 | $5 | $5 |
| CREDIT LIMIT | $1,450 | $1,450 | $1,450 |
| REMARKS | - | - | - |

## Contact
Po Box 98872
Las Vegas, NV 89193
(877) 825-3242

# Revolving Account 2 of 5

## Profile

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **COMPANY** | Credit One Bank | Credit One Bank | Credit One Bank Na |
| **LOAN TYPE** | Credit Card | Credit Card | Credit Card |
| **ACCOUNT NUMBER** | XXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXXX |
| **ACCOUNT HOLDER** | Individual | Individual Account | Individual |
| **DATE OPENED** | Aug, 2013 | Aug, 2013 | Aug, 2013 |

## Status

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **STATUS DATE** | Oct, 2017 | Oct, 2017 | Nov, 2017 |
| **CONDITION** | Open | Open | Open |
| **LAST ACTIVITY** | Oct, 2017 | Sep, 2017 | Not Available |
| **BALANCE** | $8 | $8 | $8 |
| **STATUS** | Pays account as agreed | Paid or paying as agreed | This is an account in good standing |

## Payment Timeline



| | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | | | | | | 2016 | | | | | | | | | | | 2017 | | | | | | |

## History

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **LATE 30 DAYS** | 0 times | 0 times | 0 times |
| **LATE 60 DAYS** | 0 times | 0 times | 0 times |
| **LATE 90 PLUS DAYS** | 0 times | 0 times | 0 times |
| **WORST DELINQUENCY** | None Reported | None Reported | No update received |
| **HIGH BALANCE** | $933 | $933 | $933 |

## Terms and Remarks

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **TERMS** | - | - | Revolving |
| **SCHEDULED PAYMENT** | $8 | $8 | $8 |
| **CREDIT LIMIT** | $1,500 | $1,500 | $1,500 |
| **REMARKS** | - | - | - |

## Contact

Po Box 98872
Las Vegas, NV 89193
(877) 825-3242

# Revolving Account 3 of 5

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Capital One Bank Usa | Capital One Bank Usa Na | Capitalone |
| LOAN TYPE | Credit Card | Credit Card | Credit Card |
| ACCOUNT NUMBER | XXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXXX |
| ACCOUNT HOLDER | Authorized User | Authorized User | Authorized User |
| DATE OPENED | Aug, 2013 | Aug, 2013 | Aug, 2013 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Oct, 2017 | Oct, 2017 | Oct, 2017 |
| CONDITION | Open | Open | Open |
| LAST ACTIVITY | Sep, 2017 | Sep, 2017 | Not Available |
| BALANCE | $0 | $0 | $0 |
| STATUS | Pays account as agreed | Paid or paying as agreed | This is an account in good standing |

## Payment Timeline



| | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2015 | | | | | | 2016 | | | | | | | | | | 2017 | | | | | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | 0 times |
| LATE 60 DAYS | 0 times | 0 times | 0 times |
| LATE 90 PLUS DAYS | 0 times | 0 times | 0 times |
| WORST DELINQUENCY | None Reported | None Reported | No update received |
| HIGH BALANCE | $2,271 | $2,271 | $2,271 |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | Revolving |
| SCHEDULED PAYMENT | | | $25 |
| CREDIT LIMIT | $2,000 | $2,000 | $2,000 |
| REMARKS | - | - | - |

## Contact
Po Box 30281
Salt Lake City, UT 84130
(800) 955-7070

# Revolving Account 4 of 5

## Profile

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | - | Rental Kharma/Residence | - |
| LOAN TYPE | - | Unknown | - |
| ACCOUNT NUMBER | - | XXXXXXX | - |
| ACCOUNT HOLDER | - | Individual Account | |
| DATE OPENED | - | Mar, 2013 | - |

## Status

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | - | Oct, 2017 | - |
| CONDITION | - | Open | - |
| LAST ACTIVITY | - | Oct, 2017 | - |
| BALANCE | - | $0 | - |
| STATUS | - | Paid or paying as agreed | - |

## Payment Timeline

Equifax

TransUnion  ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●● ●●

Experian

| 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | | |

## History

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | - | 0 times | - |
| LATE 60 DAYS | - | 0 times | - |
| LATE 90 PLUS DAYS | - | 0 times | - |
| WORST DELINQUENCY | - | None Reported | - |
| HIGH BALANCE | - | $2,975 | - |

## Terms and Remarks

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | - |
| SCHEDULED PAYMENT | - | $2,975 | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | - | - |

## Contact

201 Milwaukee St
Denver, CO 80206

# Revolving Account 5 of 5

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Wells Fargo Bank, Na | - | Wf/Wb |
| LOAN TYPE | Line of Credit | - | Line of Credit |
| ACCOUNT NUMBER | XXXXXXXXXXXX4805 | - | XXXXXXXXXXXX |
| ACCOUNT HOLDER | Joint | - | Joint Account |
| DATE OPENED | Jan, 2005 | - | Jan, 2005 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Feb, 2009 | - | Feb, 2009 |
| CONDITION | Closed | - | Closed |
| LAST ACTIVITY | Jun, 2007 | - | Not Available |
| BALANCE | $0 | - | $0 |
| STATUS | Pays account as agreed | - | This is an account in good standing |

## Payment Timeline

Equifax

TransUnion

Experian

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2007                                   2008                                   2009

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | - | 0 times |
| LATE 60 DAYS | 0 times | - | 0 times |
| LATE 90 PLUS DAYS | 0 times | - | 0 times |
| WORST DELINQUENCY | None Reported | - | No update received |
| HIGH BALANCE | $186,672 | - | $186,672 |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | Revolving |
| SCHEDULED PAYMENT | - | - | - |
| CREDIT LIMIT | $150,000 | - | $150,000 |
| REMARKS | Account closed at consumer's request | - | Account Closed At Consumer's Request |

# Installment Accounts

## Installment Account 1 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | - | - | Regional Acceptance Co |
| LOAN TYPE | - | - | Vehicle Loan |
| ACCOUNT NUMBER | - | - | 7577XXXXXXX |
| ACCOUNT HOLDER | - | - | Individual |
| DATE OPENED | - | - | Aug, 2014 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | - | - | Oct, 2015 |
| CONDITION | - | - | Closed |
| LAST ACTIVITY | - | - | Not Available |
| BALANCE | - | - | - |
| STATUS | - | - | Account paid satisfactorily |

### Payment Timeline

Equifax

TransUnion

Experian

| | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | | | | | | 2014 | | | | | | | | | | | 2015 | | | | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | - | - | 0 times |
| LATE 60 DAYS | - | - | 0 times |
| LATE 90 PLUS DAYS | - | - | 0 times |
| WORST DELINQUENCY | - | - | No update received |
| HIGH BALANCE | - | - | |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | 72 Months |
| SCHEDULED PAYMENT | - | - | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | - | - |

# Installment Account 2 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Regional Credit Corp | Regional Acceptance Corp | - |
| LOAN TYPE | Vehicle Loan | Vehicle Loan | - |
| ACCOUNT NUMBER | XXXXXXXX | XXXXXXXX | - |
| ACCOUNT HOLDER | Individual | Individual Account | - |
| DATE OPENED | Aug, 2014 | Aug, 2014 | - |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Jan, 2016 | Aug, 2015 | - |
| CONDITION | Not Updated | Closed | - |
| LAST ACTIVITY | Oct, 2015 | Oct, 2015 | - |
| BALANCE | $0 | $0 | - |
| STATUS | Pays account as agreed | Paid or paying as agreed | - |

## Payment Timeline

Equifax

TransUnion

Experian

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2014 2015

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | - |
| LATE 60 DAYS | 0 times | 0 times | - |
| LATE 90 PLUS DAYS | 0 times | 0 times | - |
| WORST DELINQUENCY | None Reported | None Reported | - |
| HIGH BALANCE | $30,256 | $30,256 | - |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | (72 Months) | - | - |
| SCHEDULED PAYMENT | $694 | $694 | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | Closed | - |

## Contact

70 Ne Loop 410
San Antonio, TX 78216
(210) 340-5050

# Installment Account 3 of 7

## Profile

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Regional Credit Corp | Regional Acceptance Corp | Regional Acceptance Co |
| LOAN TYPE | Vehicle Loan | Vehicle Loan | Vehicle Loan |
| ACCOUNT NUMBER | XXXXXXXX | XXXXXXXX | 7577XXXXXXX |
| ACCOUNT HOLDER | Individual | Individual Account | Individual |
| DATE OPENED | Aug, 2014 | Aug, 2014 | Aug, 2014 |

## Status

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Apr, 2016 | Jan, 2016 | Jan, 2016 |
| CONDITION | Not Updated | Closed | Closed |
| LAST ACTIVITY | Jan, 2016 | Jan, 2016 | Not Available |
| BALANCE | $0 | $0 | - |
| STATUS | Pays account as agreed | Paid or paying as agreed | Account paid satisfactorily |

## Payment Timeline



| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2014 | | | | | | | | | | 2015 | | | | | | | | | | 2016 | |

## History

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | 0 times |
| LATE 60 DAYS | 0 times | 0 times | 0 times |
| LATE 90 PLUS DAYS | 0 times | 0 times | 0 times |
| WORST DELINQUENCY | None Reported | None Reported | No update received |
| HIGH BALANCE | $26,745 | $26,745 | - |

## Terms and Remarks

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | (72 Months) | - | 72 Months |
| SCHEDULED PAYMENT | $583 | $583 | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | Closed | - |

## Contact

70 Ne Loop 410
San Antonio, TX 78216
(210) 340-5050

# Installment Account 4 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Capital One Auto Fin | Capital One Auto Finance | Capital One Auto Finan |
| LOAN TYPE | Vehicle Loan | Vehicle Loan | Vehicle Loan |
| ACCOUNT NUMBER | XXXXXXXXXXXX1001 | XXXXXXXXXXXX1001 | 6202XXXXXXXXXXXX |
| ACCOUNT HOLDER | Individual | Individual Account | Individual |
| DATE OPENED | Jul, 2014 | Jul, 2014 | Jul, 2014 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Jan, 2016 | Jan, 2016 | Jan, 2016 |
| CONDITION | Not Updated | Closed | Closed |
| LAST ACTIVITY | Jan, 2016 | Jan, 2016 | Not Available |
| BALANCE | $0 | $0 | - |
| STATUS | Pays account as agreed | Paid or paying as agreed | Account paid satisfactorily |

## Payment Timeline



| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | 0 times |
| LATE 60 DAYS | 0 times | 0 times | 0 times |
| LATE 90 PLUS DAYS | 0 times | 0 times | 0 times |
| WORST DELINQUENCY | None Reported | None Reported | No update received |
| HIGH BALANCE | $27,458 | $27,458 | - |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | (73 Months) | - | 73 Months |
| SCHEDULED PAYMENT | - | - | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | Closed | - |

## Contact

Credit Bureau Dispute
Plano, TX 75025
(800) 946-0332

# Installment Account 5 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Wells Fargo Dlr Svc/ | Wellsfargodealersvcs | Wells Fargo Dealer Svc |
| LOAN TYPE | Vehicle Loan | Vehicle Loan | Vehicle Loan |
| ACCOUNT NUMBER | XXXXXXXX2913 | XXXXXXXX2913 | 5196XXXXXXXX |
| ACCOUNT HOLDER | Individual | Individual Account | Individual |
| DATE OPENED | Aug, 2010 | Aug, 2010 | Aug, 2010 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Nov, 2017 | Oct, 2017 | Sep, 2017 |
| CONDITION | Open | Open | Closed |
| LAST ACTIVITY | Jan, 2012 | - | Not Available |
| BALANCE | $8,530 | $8,530 | - |
| STATUS | Charge-off | Charged off as bad debt | Paid account/was a charge-off |

## Payment Timeline



| | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | | | | | | | 2016 | | | | | | | | | | | 2017 | | | | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 4 times | 0 times | 4 times () |
| LATE 60 DAYS | 3 times | 0 times | 3 times () |
| LATE 90 PLUS DAYS | 65 times (Sep 2017, Aug 2017, Jul 2017, Jun 2017, May 2017, Apr 2017, Mar 2017, Feb 2017, Jan 2017, Dec 2016, Nov 2016, Oct 2016, Sep 2016, Aug 2016, Jul 2016, Jun 2016, May 2016, Apr 2016, Mar 2016, Feb 2016, Jan 2016, Dec 2015, Nov 2015) | 0 times | 26 times (Sep 2017, Aug 2017, Jul 2017, Jun 2017, May 2017, Apr 2017, Mar 2017, Feb 2017, Jan 2017, Dec 2016, Nov 2016, Oct 2016, Sep 2016, Aug 2016, Jul 2016, Jun 2016, May 2016, Apr 2016, Mar 2016, Feb 2016, Jan 2016, Dec 2015, Nov 2015, Oct 2015, Sep 2015, Aug 2015) |
| WORST DELINQUENCY | Bad debt/collection | None Reported | Charge Off/Other Derog |
| HIGH BALANCE | - | $26,674 | - |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | - | - | 60 Months |
| SCHEDULED PAYMENT | $564 | $564 | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | Consumer disputes after resolution | Dispute resolved-customer disagrees | Dispute Resolved - Consumer Disagrees |
| | Charged off account | | |
| | Fixed rate | | |

## Contact

P.O. Box 1697
Winterville, NC 28590
(800) 289-8004

# Installment Account 6 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Santander Consumer U | Santander Consumer Usa | Santander Consumer Usa |
| LOAN TYPE | Vehicle Loan | Vehicle Loan | Vehicle Loan |
| ACCOUNT NUMBER | XXXXXXXXXXXX1000 | XXXXXXXXXXXX1000 | 3000XXXXXXXXXXXX |
| ACCOUNT HOLDER | Joint | Joint Account | Joint Account |
| DATE OPENED | May, 2009 | May, 2009 | May, 2009 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | Nov, 2017 | Jul, 2012 | Jun, 2015 |
| CONDITION | Closed | Closed | Closed |
| LAST ACTIVITY | Jan, 2012 | Apr, 2012 | Not Available |
| BALANCE | $0 | $0 | $0 |
| STATUS | Charge-off | Charged off as bad debt | Unpaid balance reported as a loss by credit grantor |

## Payment Timeline

Equifax

TransUnion

Experian



| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 |
| | | 2013 | | | | | | | | 2014 | | | | | | | | | | 2015 | | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | 0 times | 3 times () |
| LATE 60 DAYS | 0 times | 0 times | 3 times () |
| LATE 90 PLUS DAYS | 0 times | 0 times | 25 times (May 2015, Apr 2015, Mar 2015, Feb 2015, Jan 2015, Dec 2014, Nov 2014, Oct 2014, Sep 2014, Aug 2014, Jul 2014, Jun 2014, May 2014, Apr 2014, Mar 2014, Feb 2014, Jan 2014, Dec 2013, Nov 2013, Oct 2013, Sep 2013, Aug 2013, Jul 2013, Jun 2013, May 2013) |
| WORST DELINQUENCY | None Reported | None Reported | Charge Off/Other Derog |
| HIGH BALANCE | $11,623 | $11,623 | - |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | (64 Months) | - | 64 Months |
| SCHEDULED PAYMENT | $330 | $330 | $330 |
| CREDIT LIMIT | - | - | - |
| REMARKS | Charged off account | Purchased by another lender | Purchased By Another Lender |

## Contact

Po Box 961245
Fort Worth, TX 76161
(866) 923-9282

# Installment Account 7 of 7

| Profile | Equifax | TransUnion | Experian |
|---|---|---|---|
| COMPANY | Truwest Credit Union | - | Truwest Credit Union |
| LOAN TYPE | Other | - | Other |
| ACCOUNT NUMBER | XXXXXX0143 | - | 3557XXXXXX |
| ACCOUNT HOLDER | Individual | - | Individual |
| DATE OPENED | Aug, 2006 | - | Aug, 2006 |

| Status | Equifax | TransUnion | Experian |
|---|---|---|---|
| STATUS DATE | May, 2011 | - | May, 2011 |
| CONDITION | Not Updated | - | Closed |
| LAST ACTIVITY | May, 2011 | - | Not Available |
| BALANCE | $0 | - | - |
| STATUS | Pays account as agreed | - | Account paid satisfactorily |

## Payment Timeline

Equifax

TransUnion

Experian

| | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2009 | | | | | | | | | 2010 | | | | | | | | | | 2011 | | |

| History | Equifax | TransUnion | Experian |
|---|---|---|---|
| LATE 30 DAYS | 0 times | - | 0 times |
| LATE 60 DAYS | 0 times | - | 0 times |
| LATE 90 PLUS DAYS | 0 times | - | 0 times |
| WORST DELINQUENCY | None Reported | - | No update received |
| HIGH BALANCE | $45,419 | - | - |

| Terms and Remarks | Equifax | TransUnion | Experian |
|---|---|---|---|
| TERMS | (63 Months) | - | 63 Months |
| SCHEDULED PAYMENT | $545 | - | - |
| CREDIT LIMIT | - | - | - |
| REMARKS | - | - | - |

# Mortgage Accounts

There are no records for Mortgage Accounts

# Other Accounts

There are no records for Other Accounts

# Inquiries

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **OCTOBER 2017** | Cbcinnovis<br>October 04, 2017 | Cbcinnovis<br>October 04, 2017 | Cbcinnovis<br>October 04, 2017 |
| **AUGUST 2017** | Cbcinnovis<br>August 25, 2017 | Cbcinnovis<br>August 25, 2017 | Cbcinnovis<br>August 25, 2017 |
| | Cbcinnovis<br>August 16, 2017 | Cbcinnovis<br>August 16, 2017 | Cbcinnovis<br>August 16, 2017 |
| **JULY 2017** | Texas Health Cu<br>July 14, 2017 | - | Texas Health Credit Un<br>July 14, 2017 |
| **MARCH 2017** | Toyota Motor Credit<br>March 31, 2017 | Toyota Motor Credit<br>March 25, 2017 | Toyota Motor Credit Co<br>March 31, 2017 |
| | Lexus Of Lakeway<br>March 25, 2017 | Ode/Lexus Of Lakeway<br>March 25, 2017 | |
| **FEBRUARY 2017** | Cbcinnovis<br>February 07, 2017 | Cbcinnovis<br>February 07, 2017 | Cbcinnovis<br>February 07, 2017 |
| **DECEMBER 2016** | - | - | Independent Bank<br>December 07, 2016 |

# Collections

There are no records for Collections.

# Public Records

## Public Record 1 of 1

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| TYPE | Bankruptcy | - | Bankruptcy chapter 7-discharged |
| COURT NUMBER | 608VF02092 | - | 3005671 |
| CASE NUMBER | 0810169 | - | 0810169FRM |
| DATE FILED | Feb 02, 2008 | - | Feb 02, 2008 |
| STATUS | Discharged CH-7 | - | - |
| DATE PAID | - | - | - |
| AMOUNT | - | - | $0 |
| PLAINTIFF | - | - | - |
| ACCOUNT HOLDER | - | - | Joint Account |
| CATEGORY | Bankruptcy | - | Bankruptcy |

# Questions on your credit report?

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **DISPUTE ERRORS** | Online dispute<br>1-866-238-8067 | Online dispute<br>1-800-916-8800 | Online dispute |
| **FICO SCORE QUESTION** | | Contact us | |

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **C-1-CV-18-000042**    COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | |
|---|---|
| Name: Adam M. Swartz | Email: Adam@TheSwartzLawFirm.com |
| Address: PO Box 12683 | Telephone: 469-909-1127 |
| City/State/Zip: Dallas, TX 75225 | Fax: 469-444-6906 |
| Signature: | State Bar No: 24088493 |

**Names of parties in case:**

Plaintiff(s)/Petitioner(s):
Gregory Feste, Sr.

Defendant(s)/Respondent(s):
Wells Fargo Bank, N.A., Experian
Information Services, Inc.,
Equifax, Inc., & TransUnion, LLC

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- [x] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**
Debt/Contract
- [x] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [x] Other Debt/Contract: TDCA/CreditRep.

Foreclosure
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
Malpractice
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
Product Liability
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/ Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus— Pre-indictment
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
Divorce
- [ ] With Children
- [ ] No Children

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [x] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health
Probate/Wills/Intestate Administration
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100, 000 but not more than $200,000
- [x] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13