IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUL 19 AM 10: 53

| | | |
|---|---|---|
| GREGORY FESTE, SR., § | | |
|       PLAINTIFF, § | | |
| § | | |
| V. § | | CAUSE NO. A:18-CV-0094-LY |
| § | | |
| TRANS UNION LLC, § | | |
|       DEFENDANT. § | | |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this day by separate order the court dismissed with prejudice all claims alleged by Plaintiff Gregory Feste, Sr. against Defendant Trans Union LLC. Previously, the court dismissed all claims alleged by Feste against Defendant Experian Information Solutions, Inc. with prejudice on July 5, 2018, dismissed all claims alleged by Feste against Defendant Equifax, Inc. on June 4, 2018, and dismissed with prejudice all claims alleged by Feste against Defendant Wells Fargo Bank N.A. on May 29, 2018. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all parties bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this ____19th____ day of July, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE